IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:22-cr-103 |
| | ) | |
| | ) | 18 U.S.C. § 2320(a)(1) |
| vs. | ) | 18 U.S.C. § 2323 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **RAYNARD SMITH** | ) | INFORMATION |
| | ) | |
| | ) | |

**COUNT 1**
**(Trafficking in Counterfeit Goods)**

**THE UNITED STATES ATTORNEY CHARGES:**

1. Beginning on a date unknown to the United States Attorney, but at least as early as August 2021, Defendant **RAYNARD SMITH**, did intentionally traffic and attempt to traffic in counterfeit goods, namely sports apparel, sports jewelry, and facemasks, while knowingly using on and in connection with such goods counterfeit marks, identical to and substantially indistinguishable from marks that were in use and registered for goods on the principal register of the United States Patent and Trademark Office, the use of which counterfeit marks were likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Sections 2320(a)(1).

## **FORFEITURE**

CONSPIRACY /TRAFFICKING IN COUNTERFEIT GOODS:

Upon conviction for violations of Title 18, United States Code, Section 2320 as charged in this Indictment, the Defendant, **RAYNARD SMITH**, shall forfeit to the United States any counterfeit marks, any goods or services on or in connection with which any counterfeit marks are used; any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the counterfeiting offenses; and any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2323, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Cash Proceeds / Forfeiture Judgment:

        A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offenses charged in this Information, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of 18 U.S.C. § 2320.

    B.    Counterfeit Goods:

        Miscellaneous counterfeit marks and goods, including belts, clothing, wallets, footwear, purses, hats, etc., on and in connection with which counterfeit marks were knowingly used.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant-

    a.    Cannot be located upon the exercise of due diligence;
    b.    Has been transferred or sold to, or deposited with, a third person;
    c.    Has been placed beyond the jurisdiction of the court;
    d.    Has been substantially diminished in value; or
    e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28 United States Code, Section 2461(c), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2323, and Title 28, United States Code, Section 2461(c).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*s/Amy Bower*
By: Amy F. Bower (Fed. Bar No. 11784)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Telephone: (843) 266-1605